IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PETER GRAEPEL, KAREN GRAEPEL,
HENRY WILLIAM, AND LINDA
WILLIAMS

                        Plaintiff,        Civ. No. 03-6236-TC

    v.                                O R D E R

EMERALD VALLEY ARTESIAN
WATER COMPANY, an Oregon
Corporation, dba EVA,
PEGGY R. WRIGHT, and FRANK
WRIGHT,

                        Defendants.

COFFIN, Magistrate Judge:

       The parties stipulated motion (#49) to dismiss this action with prejudice and with each party bearing its own costs and fees is allowed and this action is dismissed.

       DATED this _____ day of September, 2005.

                                      _____

                                      THOMAS M. COFFIN

                                      United States Magistrate Judge